# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:20-cr-00412-AKK-SGC** |
| **TOREY SANTOS TUBBS**, ) | |
| ) | |
| **Defendant**. ) | |

## ORDER

The court has for consideration the defendant's motion to suppress, doc. 50, and renewed motion to suppress, doc. 73. The magistrate judge filed a report recommending that the court deny the renewed motion, *see* doc. 102, and the deadline for the defendant to object has passed. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and her recommendation is **ACCEPTED**. It is therefore **ORDERED** that the defendant's motion to suppress, doc. 50, is **MOOT**, and that the renewed motion, doc. 73, is **DENIED.**

DONE the **21st** day of April, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE